JuFernandez.USR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOVENO CATAMA FERNANDEZ, JR. ) <br> and JU MI AN FERNANDEZ, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 07-00065 <br><br> **APPLICATION TO UNSEAL RECORD** |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that both defendants have been arrested and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 31st day of July, 2007.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and NMI

By: _____
     KARON V. JOHNSON
     Assistant U.S. Attorney