DISTRICT COURT OF GUAM
FILED
DISTRICT COURT OF GUAM
JUL 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>**JOVENO CATAMA FERNANDEZ, JR.**,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00065-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 31st day of July, 2007.

_____
**FRANCES M. TYDINGCO-GATEWOOD**, Chief Judge
**DISTRICT COURT OF GUAM**

ORIGINAL