❦AO 442   (Rev. 10/03) Warrant for Arrest

**FILED**
**DISTRICT COURT OF GUAM**
**JUL 3 1 2007**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT
District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JOVENO CATAMA FERNANDEZ, JR.

## WARRANT FOR ARREST

Case Number: CR-07-00065-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOVENO CATAMA FERNANDEZ, JR.___
                                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Count 1 - Marriage Fraud, 8 U.S.C. § 1324(c) and 18 U.S.C. § 2
Count 2 - Perjury, 18 U.S.C. §§ 2 and 1621

in violation of Title _____ United States Code, Section(s) _____

| WALTER M. TENORIO | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 7/25/2007    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tiyan, Guam

| DATE RECEIVED 7/25/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/31/2007 | [illegible] Manahas, SA ICE | _(signature)_ |

ORIGINAL

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____JOVENO CATAMA FERNANDEZ, JR._____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: