ORIGINAL

jovenofernandez.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00065 |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **MARRIAGE FRAUD** |
| JOVENO CATAMA FERNANDEZ, JR., and JU MI AN FERNANDEZ, | [8 U.S.C. § 1324(c) & 18 USC § 2] (Count I) |
| | **PERJURY** |
| Defendants. | [18 U.S.C. §§ 2 & 1621] (Counts II & III) |

THE GRAND JURY CHARGES:

**COUNT I - MARRIAGE FRAUD**

On or about October 11, 2006, in the District of Guam, the defendants herein, JOVENO CATAMA FERNANDEZ, JR., and JU MI AN FERNANDEZ, did unlawfully and knowingly enter into a marriage for the purpose of evading a provision of the immigration laws, in violation of Title 8, United States Code, Section 1324(c) and Title 18, United States Code, Section 2.

**COUNT II - PERJURY**

1. On or about May 16, 2007, in the District of Guam, the defendant herein, JOVENO CATAMA FERNANDEZ, JR., took an oath to testify truthfully before Citizenship and Immigration Services Adjudication Officer Matthew Mumper, in a case in which a law of the United States authorizes an oath to be administered, to-wit: a case concerning an I-130 Petition for Alien Relative signed by defendant JOVENO CATAMA FERNANDEZ, JR., on February 2, 2007.

2. Defendant JOVENO CATAMA FERNANDEZ, JR., did then and there willfully and contrary to such oath state a material matter which he knew and believed was not true, to-wit:

> Q. Have you and your spouse lived separately at any time after your marriage?
>
> A. <u>No. I moved in right after we got married.</u>

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 1621.

## COUNT III - PERJURY

1. On or about May 16, 2007, in the District of Guam, the defendant herein, JU MI AN FERNANDEZ, took an oath to testify truthfully before Citizenship and Immigration Services Adjudication Officer Matthew Mumper, in a case in which a law of the United States authorizes an oath to be administered, to-wit: a case concerning an I-485 Application to Register Permanent Residence or Adjust Status signed by defendant JU MI AN FERNANDEZ, on February 2, 2007.

2. Defendant JU MI AN FERNANDEZ, did then and there willfully and contrary to such oath state a material matter which she knew and believed was not true, to-wit:

> Q. Have you and your spouse lived separately at any time after your marriage?
>
> A. <u>No.</u>

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 1621.

JULY 25, 2007.

A TRUE BILL.

_[signature redacted]_
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _/s/ Jeffrey J. Strand_
JEFFREY J. STRAND
First Assistant U.S. Attorney

2