

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00065 |
|---|---|
| Plaintiff. | ) |
| vs. | ) **ERRATUM** |
| | ) **INDICTMENT** |
| JOVENO CATAMA FERNANDEZ, JR., and JU MI AN FERNANDEZ, | ) |
| Defendant. | ) |

COMES NOW the United States and hereby files with the Court an Erratum to correct the filed indictment in the above case, to reflect the correct statutory citation, Title 8, United States Code, Section1325(c) rather than Title 8, United States Code, Section 1324(c).

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney