JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Fax: (671) 472-7120

**FILED**
DISTRICT COURT OF GUAM

AUG 1 7 2007

**JEANNE G. QUINATA**
**Clerk of Court**

Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00065 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| JOVENO CATAMA FERNANDEZ, JR., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Defendant's Trial presently scheduled for September 25, 2007, at 9:30 a.m., be continued

to the week of October 15, 2007, or a date convenient for the Court's calendar.

The parties request this continuance to allow defense counsel to conduct further

investigation and research for trial. In addition, defense counsel will be off-island from August 27,

2007 to September 24, 2007. Also, government counsel will be off-island from September 8, 2007

to October 10, 2007.

ORIGINAL

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including September 25, 2007, to and including the new trial date of October_____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Fernandez has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Fernandez's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 17, 2007.


_____          _____
JOHN T. GORMAN                       KARON V. JOHNSON
Attorney for Defendant               Attorney for Plaintiff
JOVENO CATAMA FERNANDEZ, JR.         UNITED STATES OF AMERICA

2