JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111

Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00065 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION TO |
| | ) | CONTINUE TRIAL AND EXCLUDING |
| vs. | ) | TIME |
| | ) | |
| JOVENO CATAMA FERNANDEZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on August 17, 2007, to continue Trial to October 16, 2007, at 9:30 a.m., is Hereby Approved and So Ordered. IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between August 17, 2007 and October 16, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Aug 20, 2007