

**FILED**
DISTRICT COURT OF GUAM

OCT 10 2007

**JEANNE G. QUINATA**
**Clerk of Court**

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00065 |
| | ) |
| Plaintiff, | ) MOTION TO SCHEDULE CHANGE OF |
| | ) PLEA HEARING AND VACATE TRIAL |
| vs. | ) DATE |
| | ) |
| JOVENO CATAMA FERNANDEZ, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the defendant, JOVENO CATAMA FERNANDEZ, JR., through

counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a

hearing for defendant's change of plea from not guilty to plea of guilty and to vacate the trial date

currently scheduled for October 16, 2007. There is no written plea agreement in this case.

DATED: Mongmong, Guam, October 10, 2007.

JOHN T. GORMAN
Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on October 10, 2007:

> KARON V. JOHNSON
> Special Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam 96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA
>
>
> ROSSANNA VILLAGOMEZ-AGUON
> Chief U.S. Probation Officer
> U.S. Probation Office
> Districts of Guam and NMI
> 2nd Floor, U.S. District Court

DATED: Mongmong, Guam, October 10, 2007.

RENATE DOEHL
Operations Administrator to

JOHN T. GORMAN
Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.