JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOVEY CATAMA FERNANDEZ, JR.

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00065 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | re Motion to Schedule Change of Plea |
| JOVENO CATAMA FERNANDEZ, JR., | ) | Hearing Date |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is scheduled for Monday, October 15, 2007, at 9:00 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Oct 10, 2007**