IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00065 |
| Plaintiff. | ) | |
| vs. | ) | **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| JOVENO CATAMA FERNANDEZ, JR., | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to a two-count Indictment charging him with Marriage Fraud, in violation of 8 U.S.C. § 1325(c) and 18 U.S.C. § 2, and Perjury, in violation of 18 U.S.C. §§ 2 and 1621, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on January 14, 2008, at 8:30 a.m.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Oct 30, 2007**