
JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00065 |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING |
| | ) SENTENCING DATE AND SETTING |
| vs. | ) NEW PRESENTENCE INVESTIGATION |
| | ) DUE DATES |
| JOVENO CATAMA FERNANDEZ, JR., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for January 14, 2008, at 8:30 a.m., be continued for approximately 45 dates. The parties also request this Court set new Presentence Investigation Report due dates accordingly.

The parties request a new Sentencing Hearing date and new Presentence Investigation Report dates as defense counsel and the defendant have been unable to meet with the U.S. Probation officer in a timely manner. Thus, more time is needed to complete a true, fair and accurate Presentence Investigation Report for the defendant.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 4, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA