JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111

Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00065 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION CONTINUING |
| | ) | SENTENCING DATE AND SETTING |
| vs. | ) | NEW PRESENTENCE INVESTIGATION |
| | ) | DUE DATES |
| JOVENO CATAMA FERNANDEZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for January 14, 2008 at 8:30 a.m. is hereby continued to May 1, 2008, at 9:30 a.m.  The Draft Presentence Investigation Report is due to the parties on March 27, 2008.  Responses are due to the court by April 10, 2008.  The Final Presentence Investigation Report is due to the Court on April 24, 2008.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Dec 06, 2007**