# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>JOVENO CATAMA FERNANDEZ, JR., )<br> )<br>    Defendant. )<br>_____ ) | CRIMINAL CASE NO. 07-00065-001<br><br>**INFORMATIONAL REPORT** |

**Re:   Violations of Pretrial Release Conditions; No Action Requested**

    On July 31, 2007, Joveno Catama Fernandez, Jr. made an Initial Appearance before Chief Judge Frances M. Tydingco-Gatewood, pursuant to an Indictment charging him with Marriage Fraud, in violation of 8 U.S.C. § 1324(c) and 18 U.S.C. § 2, and Perjury, in violation of 18 U.S.C. §§ 2 & 1621.

    On the same date, Mr. Fernandez was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; surrender any passport to the U.S. Probation Office; obtain no passport; stay away from ports of entry or exit; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; report as soon as possible any contact with law enforcement; remain at a fixed residence unless given permission by the U.S. Probation Office; not have any firearms at his residence; and surrender his firearm and firearm identification card to his supervisor at the end of his work shift.

    He is alleged to have violated the following conditions of release:

**Mandatory Condition:**  *The defendant shall immediately advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.*

INFORMATIONAL REPORT
Violations of Pretrial Release Conditions
Re:   FERNANDEZ, Joveno Catama Jr.
Criminal Case No. 07-00065-001
February 6, 2008
Page 2


**Standard Condition:**  *The defendant shall remain at a fixed address unless given permission by the U.S. Probation Office.*

**Standard Condition:** *The defendant shall report to the U.S. Probation Office for supervision as directed.*

On December 27, 2008, U.S. Probation Officer Maria C. Cruz received information that Mr. Fernandez had changed his residence without permission of the U.S. Probation Office or informing the Court, defense counsel, and the U.S. Attorney's Office. In addition, Mr. Fernandez submitted his November 2007 pretrial services supervision report on December 28, 2007, almost a month late. On the same date, he met with U.S. Probation Officer Maria C. Cruz and advised that he submitted the late report because he knew that his assigned probation officer (John W. San Nicolas II) was off island and thought he could resume reporting upon his return. In addition, he stated that he changed his residence during November 2007 to reside with and spend more time with his girlfriend and for financial reasons as a result of his loss of employment with the Guam Police Department.

**Recommendation:**  It is recommended that this report be for informational purposes only and no action be taken at this time. Mr. Fernandez has been warned of the consequences of further violations. His compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:    /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
   Supervision Unit Leader

cc:   Karon V. Johnson, AUSA
      John Gorman, FPD
      File