fernandez.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00065 |
| Plaintiff, | ) ) | **GOVERNMENT'S MOTION FOR A ONE-LEVEL DEPARTURE** |
| vs. | ) ) | |
| JOVENO C. FERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

    Although the United States had filed a notice adopting the presentence report in the above-entitled cause, the government had not moved for the additional one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because it was not satisfied that the defendant had been fully truthful with investigators. After a discussion with defense counsel, however, upon further consideration the government is hereby making the motion for the one-level departure, because this guideline provision is based upon whether the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate its

//
//
//
//
//

1 | resources efficiently.  There is no question that defendant's notice of guilty plea was timely, and
2 | no question that it permitted the government to avoid expending further resources in trial
3 | preparation.
4 |       RESPECTFULLY SUBMITTED this __18th__ day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By: /s/ Karon J. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney