# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00065-001  DATE: May 02, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 10:49:34 - 11:19:09

**APPEARANCES:**
Defendant: Joveno Catama Fernandez, Jr.  Attorney: John T. Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent: Richard Flores
  Immigration and Customs Enforcement
U.S. Probation: Stephen Guilliot

**PROCEEDINGS: Sentencng**
- Defendant committed to the Bureau of Prisons for a term of sixteen (16) months as to Counts I and II, to be served concurrently
- Upon release from imprisonment, defendant is placed on supervised release for a term of three (3) years for Counts I and II, to be served concurrently.
- Fine waived.
- Special assessment fee of $200.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant to self-surrender to the U.S. Marshals Service Guam office upon designation by Bureau of Prisons.
- Defendant shall abide by conditions of release previously imposed, with the addition of reporting personally once a week to the U.S. Probation Office.

NOTES: Court will recommend to Bureau of Prisons to ensure safety of defendant as he was formerly a police officer.