PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | John W. San Nicolas II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**　　　　　　　　[X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **July 31, 2007** | Date: | **May 2, 2008** |
| By: | **Frances M. Tydingco-Gatewood**<br>**Chief Judge** | By: | **Frances M. Tydingco-Gatewood**<br>**Chief Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **FERNANDEZ Jr., Joveno Catama** | Case Number: | **CRIMINAL Case #07-00065-001** |
| Date of Birth: | **XX-XX-1963** | Place of Birth: | **Republic of the Philippines** |
| SSN: | **XXX-XX-6557** | | |

==================================================================

**NOTICE OF COURT ORDER** (Order Date:　**August 1, 2007**　)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number　**XXXXXX**　to the custody of the **U.S. Probation Office, District of Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
　　□ Not Convicted - PS40/Passport returned to defendant.
　　□ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
　　□ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)